```
                                        ABC PROCESS SERVICE,INC.
                                        Attorney:  R. BRENT ENGLISH, ESQ.
                                        Index No. 08CIV4320
                                        Date Filed 05/07/2008
                                        Office No. RBE01589
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LBB CORPORATION D/B/A SPUNK VIDEO
                                                    (PLAINTIFF)
              against
                                                    (DEFENDANT)
LUCAS DISTRIBUTION, INC.ETAL:
_____

STATE OF NEW YORK, COUNTY OF NEW YORK       SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 12       day of May          2008 at 9:37  AM , at

589 8TH AVE;2ND FLR;NEW YORK, NY 10018
he served the annexed   SUMMONS IN A CIVIL ACTION, STATEMENT PURSUANT TO FED. R.
CIV. P. 7.1. & COMPLAINT upon
LUCAS DISTRIBUTION, INC.ETAL: in this action, by delivering to and leaving with
said MR. ANTHONY, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex: MALE, Color: WHITE,  Hair: BALD, Age: 50 YRS, Ht.: 5'9", Wt.: 170 LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
STATEMENT PURSUANT TO FED R. CIV. P.7.1. & COMPLAINT.

SWORN to before me this 15
day of May  2008

                                        _____
                                        SCHADRAC LAGUERRE
                                        License No.:   1021952     :lds

JAY BRODSKY
Notary Public, State of New York
No. 31-4483271
Qualified in New York County
Commission Expires Feb. 2, 2011