```
                              ABC PROCESS SERVICE, INC.
                              Attorney:  R. BRENT ENGLISH, ESQ.
                              Index No. 08CIV4320
                              Date Filed 05/07/2008
                              Office No. RBE01589B
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LBB CORPORATION D/B/A SPUNK VIDEO
                                        (PLAINTIFF)
             against
                                        (DEFENDANT)
LUCAS DISTRIBUTION, INC., ETAL;
_____

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 12      day of May        2008 at 9:37   AM , at

589 8TH AVENUE, 2ND FLR;NEW YORK, NY 10018
he served the annexed  SUMMONS IN A CIVIL ACTION, STATEMENT PURSUANT TO FED. R.
CIV. P.7.1. & COMPLAINT upon
LUCAS ENTERTAINMENT, INC. in this action, by delivering to and leaving with said
MR. ANTHONY, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex: MALE, Color: WHITE, Hair: BALD, Age:  50 YRS, Ht.: 5'9", Wt.: 170 LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
STATEMENT PURSUANT TO FED. R. CIV. P.7.1 & COMPLAINT

SWORN to before me this 15
day of May  2008
                                       _____
                                       SCHADRAC LAGUERRE
                                       License No.    1021952      :lds

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011