ABC PROCESS SERVICE, INC.
Attorney: R. BRENT ENGLISH, ESQ.
Index No. 08CIV4320
Date Filed 05/07/2008
Office No. RBE01589C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LBB CORPORATION D/B/A SPUNK VIDEO
(PLAINTIFF)

against

(DEFENDANT)

LUCAS DISTRIBUTION, INC., ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:

SCHADRAC LAGUERRE being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 12      day of May         2008 at 9:37  AM , at

589 8TH AVENUE, 2ND FLR;NY, NY 10018
he served the annexed  SUMMONS IN A CIVIL ACTION, STATEMENT PURSUANT TO FED. R.
CIV. P.7.1. & COMPLAINT upon
LUCAS PRODUCTIONS, INC. in this action, by delivering to and leaving with said
MR. ANTHONY, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex: MALE , Color: WHITE,  Hair: BALD, Age: 50 YRS, Ht.: 5'9", Wt.: 170 LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
STATEMENT PURSUANT TO FED. R. CIV. P.7.1. & COMPLAINT.

SWORN to before me this 15
day of May  2008

SCHADRAC LAGUERRE
License No.:   1021952    :lds

JAY BRODSKY
Notary Public, State of New York
No. 31-4683327
Qualified in New York County
Commission Expires Feb 2, 2011