```
                                        ABC PROCESS SERVICE, INC.
                                        Attorney: R. BRENT ENGLISH, ESQ.
                                        Index No. 08CIV4320
                                        Date Filed 05/07/2008
                                        Office No. RBE01244W
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LBB CORPORATION D/B/A SPUNK VIDEO
                                                (PLAINTIFF)
        against
                                                (DEFENDANT)
LUCAS DISTRIBUTION, INC., ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:

SCHADRAC LAGUERRE being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York: That on the 12 day of May 2008 at 10:06 AM, at
244 WEST 23RD STREET; NEW YORK, NY 10011
I SERVED the SUMMONS IN A CIVIL ACTION, STATEMENT PURSUANT TO FED. R. CIV.
P.7.1. & COMPLAINT upon
ANDREI TREIVAS BREGMAN P/K/A MICHAEL LUCAS
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL ACTION, STATEMENT PURSUANT TO FED. R. CIV. P.7.1. & COMPLAINT
with a person of suitable age and discretion: to wit, LISPETH, CO-WORKER
Deponent described Person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

Sex: FEMALE, Color: WHITE, Hair: BROWN, Age.: 40 YRS, Ht.: 5'6", Wt.: 170 LBS

That on the 14 day of May 2008 I deposited in the U.S. mails a true copy of the
SUMMONS IN A CIVIL ACTION, STATEMENT PURSUANT TO FED. R. CIV. P.7.1. & COMPLAINT
properly enclosed and sealed in a post-paid wrapper addressed to the said
defendant at the aforementioned
(A) (last known residence)
244 WEST 23RD STREET; NEW YORK, NY 10011

BY FIRST CLASS MAIL, MARKED PERSONAL AND CONFIDENTIAL, AND NOT
BEARING ANY IDENTIFICATION TO A LAWSUIT.
That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information and belief
based upon the conversation and observation as aforesaid I aver that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes or the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 14
day of May 2008

JAY BRODSKY
Notary Public, State of New York
No. 31-4468327
Qualified in New York County
Commission Expires Feb. 2, 2011

SCHADRAC LAGUERRE
License No.: 1021952          :lds