UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LBB CORPORATION d/b/a SPUNK VIDEO<br><br>                              Plaintiff,<br><br>       v.<br><br>LUCAS DISTRIBUTION, et al.<br><br>                              Defendants. | 08-CV-4320 (SAS)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**Filed by ECF** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by their undersigned attorneys, defendants Lucas Entertainment, Inc., Lucas Distribution, Inc. and Lucas Productions, Inc. respectfully state that none has a parent company, and no publicly traded company owns 10% or more of the stock of any of them.

Dated: New York, New York
       June 2, 2008

                                        Respectfully submitted,

                                             s/Mason A. Weisz
                                        Mason A. Weisz
                                        Cowan DeBaets Abrahams &
                                             Sheppard, LLP
                                        41 Madison Avenue- 34th Floor
                                        New York, New York 10010
                                        Facsimile: (212) 974-8474

{A062166.DOC\1}

i