UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LBB CORPORATION d/b/a SPUNK VIDEO,<br><br>                Plaintiff,<br><br>      v.<br><br>LUCAS DISTRIBUTION, INC., et al.<br><br>                Defendants. | **08-CV-4320 (SAS)**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for all defendants and certifies that he is admitted to practice in this Court.

Dated:    New York, New York
          June 3, 2008

                                      s/ Toby M. J. Butterfield

                                      COWAN, DEBAETS, ABRAHAMS &
                                            SHEPPARD LLP
                                      41 Madison Avenue, 34th Floor
                                      New York, New York 10010
                                      Telephone:  (212) 974-7474
                                      Facsimile:  (212) 974-8474

{A062168.DOC/1}