UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LBB CORPORATION d/b/a SPUNK VIDEO,

                Plaintiff,

      v.

LUCAS DISTRIBUTION, INC., et al.

                Defendants.

08-CV-4320 (SAS)

## PROOF OF SERVICE

Mason Weisz, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action. My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. I caused the following documents to be served via the Court's ECF system and by email on June 2, 2008 and by hand on June 3, 2008:

    (a)    Corporate Disclosure Statement
    (b)    Notice of Motion to Dismiss
    (c)    Memorandum of Law in Support of Motion to Dismiss
    (d)    Answer with Exhibit A: Video Purchase Agreement

upon plaintiff's counsel:

R. Brent English, Esq.
225 Broadway, Suite 612
New York, NY 10007
rbenglish_esq@att.net

In addition, I caused a Notice of Appearance of Toby M.J. Butterfield and Proof of Service to be served by ECF, email and hand upon Mr. English on June 3, 2008.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 3rd day of June, 2008.

                                                      _s/ Mason A. Weisz_____