UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

| | |
|---|---|
| LBB CORPORATION d/b/a SPUNK VIDEO, ) | |
| ) | **Civil Action #: 08-CV-04320 (SAS)** |
| Plaintiff, ) | |
| ) | |
| v. ) | **ECF CASE** |
| ) | |
| LUCAS DISTRIBUTION, INC.; LUCAS ) | |
| ENTERTAINMENT, INC.; LUCAS PRODUCTIONS, ) | **ATTORNEY'S AFFIRMATION** |
| INC.; and ANDREI TREIVAS BREGMAN p/k/a ) | **OF SERVICE** |
| MICHAEL LUCAS; ) | |
| ) | |
| Defendants. ) | |

------------------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK  ss.

The undersigned, attorney at law of the State of New York affirms: that deponent is **R. Brent English**, attorney of record for LBB CORPORATION d/b/a SPUNK VIDEO,

That on June 17, 2008, I served the annexed

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXHIBITS,**

☐ **Service by mail** — by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

☐ **Personal service on individual** — by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein:

☒ **Service by electronic means** — by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the attorney at the address set forth after the name:

**Mason Weisz, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, New York 10010**

The undersigned affirms the foregoing statement to be true under the penalties of perjury.

Dated:  New York, New York
          June 17, 2008                              /s/ R. Brent English         , *Attorney at Law*
                                                           R. Brent English