# R. BRENT ENGLISH *
### ATTORNEY AT LAW

* ALSO MEMBER NEW JERSEY & WASHINGTON, D.C. BARS

225 BROADWAY, SUITE 612
NEW YORK, NEW YORK 10007
TELEPHONE: 212-962-3195
FACSIMILE: 646-390-8021
E-MAIL: RBENGLISH_ESQ@ATT.NET



July 30, 2008

The Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

    Regarding   : *LBB Corporation d/b/a Spunk Video v. Lucas Distribution, Inc., et al.*
    **Docket #**   : **08-CV-04320 (SAS)**

To the Honorable Shira A. Scheindlin:

    The undersigned represents Plaintiff in the above-captioned matter. Last week, the undersigned received a telephone call from Mr. Arie M. Rubenstein, Esq., inquiring whether the parties had agreed upon a briefing schedule with regard to Plaintiff's pending motion for a preliminary injunction filed on July 18, 2008. I communicated with one of Defendants' counsel, Mr. Mason A. Weisz, Esq. (212-974-7474), and we reached the following accord:

    Opposition, if any, on or before **August 8, 2008**.
    Reply, if any, on or before **August 15, 2008**.

    If this proposed schedule meets with the Court's approval, the parties would like to adopt the same. Thank you for your attention. I remain,

    Respectfully yours,

    R. Brent English

Cc:  Mason Weisz, Esq.
     (Via electronic mail to: mweisz@cdas.com)

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.  7/31/08