UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

LBS CORPORATION                          :

                    Plaintiff,           :

         - against -                     :
LUCAS DISTRIBUTION, INC.
LUCAS ENTERTAINMENT,                     :
et al.
                    Defendant(s).        :

------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/4/08]

SCHEDULING ORDER

08 Civ. 4320 (SAS)

Conference Date:
August 4, 2008

SHIRA A. SCHEINDLIN, U.S.D.J.:

   WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on Aug 4 2008 (the "Order"); and

   WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

   NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)  the date of the conference and the appearances for the parties;
     August 4, 2008    R. Brent English, Esq. - Plaintiff
                       Mason A. Weisz, Esq. - Defendants

(2)  a concise statement of the issues as they then appear;
     Ownership of rights in the parties' respective videos.

(3)  a schedule including: Rule 26 disclosures by Aug. 11
     deposits by 8/15   Responses 9/25

     (a) the names of persons to be deposed and a schedule of planned depositions;
         Completed by Dec. 4, 2008

     (b) a schedule for the production of documents;
         Completed by Dec. 4, 2008

     (c) dates by which (i) each expert's reports will be supplied to the adverse side and
         (ii) each expert's deposition will be completed;
         March 4, 2009    → Jan 4, 2009
                          counterexperts Feb 4, 2009

     (d) time when discovery is to be completed;
         March 18, 2009

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*April 1, 2009*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*April 20, 2009*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

*Dec. 18 at 4:30* _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

*Ink testing*

(7) anticipated length of trial and whether to (court) or jury;

*3 days*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

R. BRENT ENGLISH, ESQ.
ATTORNEY AT LAW
225 BROADWAY, SUITE 612
NEW YORK, NEW YORK 10007
212-962-3155

Mason A. Weisz, Esq.
Cowan DeBaets Abrahams
& Sheppard LLP, 34th Fl
41 Madison Ave,
NY NY 10010
212 974 7474

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.