```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
Plaintiff,   LBB Corp                                       :     ORDER OF REFERENCE
                                                            :     TO A MAGISTRATE JUDGE
       -v-                                                  :
                                                            :     08 CW 4320 (SAS) ( )
Defendant.   Lucas Corp                                     :
                                                            :
                                                            :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated  August 4, 2008

SO ORDERED:

_____
United States District Judge

Early December would be best.
Thanks