UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LBB CORPORATION d/b/a SPUNK VIDEO,

                    Plaintiff,

          v.

LUCAS DISTRIBUTION, INC., et al.

                    Defendants.

**08-CV-4320 (SAS)**

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2008 I served Defendants' Answer to Amended Complaint by email and via ECF upon Plaintiff's counsel, R. Brent English, Esq. (rbenglish_esq@att.net).

I further certify that on August 25, 2008 I served Defendants' First Set of Requests for Production of Documents and Things by email and Federal Express overnight upon Mr. English.

_s/ Mason A. Weisz, Esq._

Cowan, DeBaets, Abrahams &
Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
Tel: (212) 974-7474
Fax: (212) 974-8474

*Attorneys for Defendants Lucas
Distribution, Inc., Lucas
Entertainment, Inc., Lucas
Productions, Inc., and Michael
Lucas*