UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
LBB CORPORATION,
                                                      :      ORDER OF
                    Plaintiff,            :      DISCONTINUANCE
                                                      :
            -against-                          08 Civ. 4320 (SAS)
                                                      :
LUCAS DISTRIBUTION INC., et al.,
                                                      :
                    Defendants.
------------------------------------------------------X
SHIRA A. SCHEINDLIN, U.S.D.J.:

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

       Because the case has settled, the following motions brought by plaintiff are now moot: motion for a temporary restraining order; motion for a preliminary injunction; and motion to expedite discovery. The Clerk of the Court is directed to close these motions (Document # 18) and this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         September 3, 2008

- **Appearances** -

**For Plaintiff:**

R. Brent English, Esq.
225 Broadway, Suite 612
New York, NY 10007
(212) 962-3195

**For Defendants:**

Mason Weisz, Esq.
Cowan, DeBaets, Abrahams
 & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474